## AFFIDAVIT

I, Hans C. Wiedenhofer, a Special Agent ("SA"), of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, being duly sworn under oath, hereby depose and state:

1.      I am a law enforcement officer of the United States, and under 18 U.S.C. § 3051, I am charged by the Attorney General with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of the laws of the United States, may carry firearms, serve warrants and subpoenas issued under the authority of the United States, make arrests without warrant for any offense against the United States committed in my presence, or for any felony under the laws of the United States if there are reasonable grounds to believe that the person to be arrested has committed or is committing such felony.

2.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice (DOJ), and as such am empowered under Title 18, United States Code § 2510(7), to enforce Title 18 and other criminal laws of the United States.

3.      I have been employed by the ATF since May 2017. I am presently assigned to ATF's Cleveland Field Office. I am a graduate of the ATF National Academy, located at the Federal Law Enforcement Training Center in Glynco, Georgia. The ATF National Academy consists of 16 weeks of training regarding subjects such as firearms trafficking, unlawful possession of firearms and ammunition, unlawful dealing in firearms, unlawful possession and/or use of explosives, improvised explosive devices, arson investigations, execution of arrest and search warrants, and criminal procedure. In conducting investigations, I have utilized a variety of investigative techniques and resources, including but not limited to surveillance, confidential

1

informants, controlled purchases, electronic surveillance, exploitation of telephone and social media data, interviews, and the review of financial documents.

4.      I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in dealing firearms without a license and manufacturing firearms without a license.

5.      I am submitting this affidavit in support of a Criminal Complaint and an Application for an Arrest Warrant pursuant to Rules 3 and 4 of the Federal Rules of Criminal Procedure and 18 U.S.C. 3051, authorizing the arrest of Alexander BEATTIE, DOB: 07/**/1991.

6.      The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to my general knowledge, training, and experience, and the observations, knowledge, training, and experience of other officers and agents. All observations referenced below that were not personally made by me, were relayed to me by those who made such observations, either verbally or via reports written by those agents and/or officers.

7.      This Affidavit contains information necessary to support probable cause for this application. It is not intended to include each, and every fact and matter observed by me or law enforcement or known to the government or serve as verbatim or transcribed accounts of interviews referenced in the affidavit.

### **PROBABLE CAUSE**

8.      On February 13, 2024, an ATF Special Agent received information from a former ATF Confidential Informant (CI) who stated that **BEATTIE** was manufacturing and selling firearms and switches (machine gun conversion devices). The former CI stated that **BEATTIE** reached out to him/her through Facebook Messenger looking to sell firearms and/or switches to

him/her. The former CI stated that **BEATTIE**'s Facebook username was "Alex **BEATTIE**". The former CI further identified **BEATTIE** as having had red hair, and resided in Barberton, Ohio. The former CI stated that he/she only spoke to **BEATTIE** through Facebook Messenger and did not have **BEATTIE**'s direct phone number.

9. An ATF Special Agent located **BEATTIE**'s Facebook page which was public and not restricted in any way. The ATF Special Agent utilized the information from **BEATTIE**'s Facebook page and was able to identify **BEATTIE** through the Ohio Law Enforcement Gateway (OHLEG) program.

10. On February 13, 2024, an ATF Special Agent reviewed a Facebook page belonging to **BEATTIE** (Facebook user ID: 100018819904568). The ATF Special Agent observed that the name displayed on the Facebook page was "Alex **BEATTIE**". The "About" section of **BEATTIE**'s Facebook page displayed that **BEATTIE** "Live in Barberton, Ohio", "Studied at Ashland University", and is "Single". The ATF Special Agent observed multiple photographs of **BEATTIE** on the page. The photographs displayed on OHLEG match the photographs of **BEATTIE** on the Facebook page.

11. During the review, the ATF Special Agent observed a Facebook video that **BEATTIE** had posted on October 2, 2023. In the video, an unidentifiable white person is seen holding what appears to be a rifle with one hand. The rifle has what appears to be a small plastic foot attachment on the charging handle of the firearm. The unidentifiable person is seen using their foot to manipulate the charging handle of the firearm to cycle the bolt of the firearm. (See photographs below)

3





12.     On February 14, 2024, the ATF Special Agent spoke with the former CI and asked the former CI if he/she would be able to obtain **BEATTIE**'s phone number. The ATF Special Agent also asked the former CI if **BEATTIE** would be willing to meet and sell firearms to new people. The former CI stated they would attempt to make contact with **BEATTIE** and determine the feasibility of setting up a meeting.

13.     On February 26, 2024, the ATF Special Agent spoke with the former CI who stated that **BEATTIE** would be willing to meet and sell firearms to new people. On March 1, 2024, the ATF Special Agent obtained **BEATTIE**'s phone number from the former CI, which was 330-904-6562.

14.     On March 4, 2024, an ATF Special Agent acting in an Undercover Capacity (UC) contacted the former CI to speak about **BEATTIE** to gather intelligence prior to the UC making contact with **BEATTIE**. The former CI sent the ATF UC photographs and a video (see photographs below) of images which **BEATTIE** had sent the former CI through Facebook Messenger. In the photographs, you can see that **BEATTIE** is utilizing a 3D Printer to

5

manufacture firearm parts, specifically the frame/receiver of a pistol. The video also shows

**BEATTIE** handling a firearm. In the video you can see the tattoo's on **BEATTIE**'s hands that

match the tattoo's on **BEATTIE**'s hands in photographs he posted on his public Facebook page.













15.     The photographs also show the 3D printer with a light green wall behind it and a blue knob on the bottom. A photograph on **BEATTIE**'s Facebook page showing items he made on his 3D printer also has the same light green wall behind the 3D printer and a blue knob on the bottom (see photographs below).



9



16.     On March 5, 2024, the ATF UC began having text message conversations with

**BEATTIE**. The ATF UC asked **BEATTIE** if he currently had anything for sale, to which

**BEATTIE** replied, "I normally don't have anything that I keep for sale on hand. The way I do it

is I take orders from people, paid upfront, then I deliver it after it's finished, and I have tested to

make sure everything works". The ATF UC went on to converse with **BEATTIE** through text

messages. On Monday, March 11, 2024, **BEATTIE** sent the ATF UC a photo of various firearm

pieces and then a photo of the firearm completely put together (see photographs below).

**BEATTIE** told the ATF UC that he could make him one.



## UC CONTACT & PURCHASES

17.    In July of 2024, an ATF Special Agent Acting in an Undercover Capacity

(hereinafter referred to as UC1) made contact with **BEATTIE**.

18.    On or about July 22, 2024, UC1 and **BEATTIE** had the following conversation
via text message:

> UC1: Wut up buddy how we lookin
> **BEATTIE**: Like a runner for the cartel who switched sides and got his legs cut
> off. I'm sitting still, I thought I had sent you a message but I can see now that I
> did not
> **BEATTIE**: I ended up needing to allocate funds to other places and I haven't
> even been able to swing the parts kit for a C9 anywhere in my budget
> UC1: Well damn. Any idea of a timeline
> **BEATTIE**: I couldn't tell you. This is another one of the reasons I usually accept
> payment initially so that everything is covered and I don't end up in a situation
> myself where I am unable to finish something for someone.
> **BEATTIE**: I do have a proposition that might be a decent middle ground if you
> are interested and willing.

11

UC1: Whats the proposition

**BEATTIE**: Well I know you want to get business underway, as do I for the simple fact I really enjoy building them. (I hardly tax at all, probably why I am in this financial situation (emoji))

**BEATTIE**: What if you drove up here to do a meet and greet, you can check out the print station and we can shoot the shit or whatever about firearms, girls with cute asses, etc…

**BEATTIE**: That way, you know where I live, but also you'll probably be more comfortable when you see I keep it pretty chill and decent at home and not like a hot ass soon to be busted operation or scam center either.

**BEATTIE**: I know it's quite the drive for you, but that's being the case if you wouldn't mind coming out to meet up, paying upfront so I can start, I'll bring it out to you when it's finished and I make sure it is up to my standard.

19.     On or about August 4, 2024, UC1 and **BEATTIE** exchanged the following text messages (this is not the whole conversation that occurred between UC1 and **BEATTIE** on or about August 4, 2024):

UC1: Yo wut up buddy

**BEATTIE**: Hey What's going on

UC1: You going to be around this week to meet up

**BEATTIE**: I'm at home way to often lately.

And my biggest supporter is on vacation so I'm in even a deeper rut than usual (emoji)

UC1: Alright buddy. I will be up that way around Wednesday or Thur I'll let you know for sure

**BEATTIE**: Just so you know, I haven't been able to get anything put together for you. But I could print up a frame or two, on top of the other various pieces and parts. I've already got laying around and when you get here, you can see the kind of quality work that I do and if you're comfortable with it instead of giving me the money, you could just pay for the parts yourself  and then after assembly Testing, you could toss me whatever you're comfortable with and think that I would deserve for the work

**BEATTIE**: Shit to be honest, just to get the ball rolling you're more than welcome to come up today if you want. Don't got shit going on and I really need to get some shit going on.

UC1: Shit I can't today got a whole bunch of stuff going on the next couple days. But when I get there we can go from there if you're good with that

**BEATTIE**: I'm taking whatever I can get at this point so that's fine with me. My printer is sitting still right now though so I will still print something in advance.

12

Printing the Highpoint frames takes an unnecessary amount of filament compared to the Glocks, especially when you consider the end product.
If I was to make you a Glock for you, would you prefer a 17, 19, 26, 43, or one of the various combinations of all of those (17 grip with a 19 slide, 26 slide with a 19 grip, etc)
UC1: The 17 or 19

UC1: Hell yeah. You make that today
**BEATTIE**: That's just the file after getting the settings dialed in and slicing it from an STL into the printers machine language GCODE.
I haven't even swapped out the white filament to black filament yet or preheated the heater.
I take this work seriously and put full effort into it mentally
UC1: I can tell. I respect that.
**BEATTIE**: That's part of the reason I prefer to charge in advance aside from being broke, I enjoy the suspenseful satisfaction when they finally see what came out of this aluminum gantry plastic squirt robot sitting in the corner of my room

UC1: How long does it take for the Glock once you change the filament
**BEATTIE**: I remembered the Gen 1-4 Glock Slide Lock springs lose tension easily causing the slide to either fly off or be stuck on. Instead of finding a Gen5 spring version I just modified the same frame. Also added a lower pic rail for flashlight or laser or whatever
And this print should take roughly 28 hours
Usually for handgun builds I'm waiting on parts to ship to me way longer than I'm waiting on prints.
UC1: You take the whole 400 in advance for the Glock right
**BEATTIE**: Yeah for every build I usually take the entire payment, my cut and all upfront

20. On or about August 7, 2024, UC1 and **BEATTIE** exchanged the following text messages (this is not the whole conversation that occurred between UC1 and **BEATTIE** on or about August 7, 2024):

**BEATTIE**: Hey do you have a rough time you might be out this way tomorrow to meet up?
UC1: Probably around noon buddy if that's cool?
**BEATTIE**: That works for me, did I already shoot you my address or do you need it still?
UC1: Nah I still need it
**BEATTIE**: 300 East Hopocan Ave. Barberton, Ohio. 44203
The east is important, cause there is a 300 Hopocan Ave on the other side of town

13

21.     On or about August 8, 2024, UC1 met with **BEATTIE** at his home located at 300 East Hopocan Avenue, Barberton, Ohio 44203.

22.     Upon UC1's arrival, UC1 observed a white male with red hair exiting the side door of 300 East Hopocan Ave. UC1 identified that male as **BEATTIE**. UC1 then observed **BEATTIE** walk to a detached garage behind the residence and open the garage door slightly. **BEATTIE** then entered the garage. A short time later, **BEATTIE** exited the garage. UC1 observed **BEATTIE** holding what appeared to be a lower receiver in his left hand. **BEATTIE** then met with UC1 and handed UC1 the lower receiver for a firearm. The lower receiver seemed to be the same lower receiver that **BEATTIE** had shown to UC1 via text messages photographs and videos.



23.     **BEATTIE** asked UC1 if UC1 wanted to order the remaining parts to complete the firearm. UC1 informed **BEATTIE** that they would like to complete the firearm. **BEATTIE**

invited UC1 inside of 300 East Hopocan Ave., Barberton, OH. **BEATTIE** led UC1 into his

bedroom on the second floor of the residence. Upon entry into **BEATTIE**'s room, UC1 observed

a 3-D printing machine along with a computer screen that had firearm parts projected on it.

 

24.     UC1 asked **BEATTIE** when he thought that the firearm that UC1 wanted would

be completed and **BEATTIE** stated that he did not know how the new website shipped their

items. **BEATTIE** then stated that he could go with the original website that he usually goes with

and then pulled up the website to show other firearm parts. **BEATTIE** informed UC1 that the

firearm could be completed within a week.

25.     **BEATTIE** then proceeded to inform UC1 of a rifle that he had built and the

individual that he built it for never came to purchase the firearm. **BEATTIE** had previously sent

UC1 photographs of this rifle at an earlier date. UC1 asked **BEATTIE** how much it would be to

build a rifle like the one that **BEATTIE** was talking about and **BEATTIE** informed UC1 that it

would be cheaper to build then a Glock **BEATTIE** informed UC1 that the rifle would take about

15

two weeks to print and two rolls of material. **BEATTIE** informed UC1 that the rifle would be approximately $300 to $350. **BEATTIE** then started to research the website that he used to make the previous rifle. **BEATTIE** informed UC1 that if UC1 were to get the rifle the way **BEATTIE** made it last time it would have a four-inch barrel.

26.     **BEATTIE** informed UC1 that he also printed suppressors for firearms. UC1 asked **BEATTIE** what type of firearms he prints suppressors for, and **BEATTIE** stated that he could print a suppressor for any firearm. **BEATTIE** stated that he could print different types of suppressors. **BEATTIE** stated UC1 could get a fully printed suppressor that wouldn't last that long and should not shoot fully automatic through it. **BEATTIE** stated that there are some suppressors that metal inserts can be inserted.

27.     **BEATTIE** stated that he ordered the rifle with a barrel already because he did not want to go through the process of making a barrel. **BEATTIE** informed UC1 that the cost, based off the website, would be $302 plus an additional $50 dollars for the material. **BEATTIE** stated that the rifle would come with a 30-round magazine, however, **BEATTIE** informed UC1 that the magazine itself states that it holds 33 rounds. **BEATTIE** informed UC1 that he was able to get 31 rounds inside the rifle magazine.

28.     **BEATTIE** asked UC1 if the legalities that are associated with the rifle would bother UC1. UC1 believed that **BEATTIE** was referring to the short barrel that the rifle came with. In referring to the rifle, **BEATTIE** referenced the size of the firearm and if it was over 14.5 inches. UC1 believed that **BEATTIE** was referring to the firearm being considered a short barrel rifle with a barrel under 14.5 inches. UC1 stated that it did not matter, making reference to whether UC1 wanted the firearm over 14.5 inches. **BEATTIE** stated that he did not like looking

16

that information up for those people who care about the length of the firearm. **BEATTIE** then stated, "If I get caught with any of these, I'm fucked."

29. UC1 provided **BEATTIE** with approximately $400 of funds for the purpose of **BEATTIE** completing the firearm for UC1.

30. On this same date, UC1 and **BEATTIE** exchanged the following text messages (this occurred after UC1 met with **BEATTIE** at **BEATTIE**'s residence):

> **BEATTIE**: I've got everything needed ordered and shipping by the end of tomorrow at the latest. It's from three different companies, but I think only the rails & locking block will take any longer than 5 days.
> UC1: Hell yeah buddy.
> **BEATTIE**: I'll keep you updated with expected shipping times, any issues that may come up, and the overall progress of the build.
> UC1: I appreciate it.
> **BEATTIE**: I appreciate you. From now on though remind me to double check prices before I make any sales, since we will be considered in good business standing then (emoji).

31. On or about August 15, 2024, UC1 and **BEATTIE** exchanged the following text messages (this is not the full conversation that took place between UC1 and **BEATTIE** on August 15, 2024):

> **BEATTIE**: The magazine won't be here until tomorrow sometime so I can't officially say this bad boy is good to go. But, everything seems fully functional and ready for fun.
> UC1: Oh hell yeah. That thing looks bad ass
> **BEATTIE**: Thanks.
> I ran out of black filament, so your mag release is a nice white-ish
>
> **BEATTIE**: So, small hiccup in the process. I forgot that I printed a frame that is essentially a full Glock 19, but with a Glock 17 grip. Thus, Taking a Glock 17 mag. I got the Glock 19 mag in the mail about half an hour ago, and obviously it's way too short
> Only reason this is such an issue, is my broke ass can't afford to order a Glock 17 magazine. I'm gonna ask some friends and see if anybody might have one they wouldn't mind swapping out with me for now.

17

32.     On or about August 23, 2024, UC1 and **BEATTIE** exchanged the following text messages (this is not the full conversation that took place between UC1 and **BEATTIE** on August 23, 2024):

> **BEATTIE**: Well I hope you feel better. I did a function test and live fire. Then a full disassembly to check over everything for any pressure cracks, layer separation, or any of the metal parts "sinking" due to hollow points that can (very rarely) form sometimes due to inconsistent or erratic heat fluctuations while printing. Everything Checks out.
> UC1: Thanks Buddy.
>
> ***BEATTIE** sent a video to UC1 of **BEATTIE** test firing the firearm*
> **BEATTIE**: Decided to do it in my garage instead of the house for shits and giggles. Had momma dukes waiting inside to give me a realistic feedback on whether or not it's a safe option in the neighborhood.
> UC1: Looks fuckin good to me buddy
> **BEATTIE**: I called her right after and mind you she is a sweet woman and an innocent, far from the likes of myself, she said "Oh, no that sounded just like gunshots and was loud. Maybe don't do that anymore."

33.     On or about August 25, 2024, UC1 and **BEATTIE** exchanged the following text messages (this is not the whole conversation between UC1 and **BEATTIE** on or about August 25, 2024):

> **BEATTIE**: Alright. Good timing too actually. I have some parts coming in the mail tomorrow morning-ish (usually hits around 10-11) to finish my Glock 26 build.
> UC1: Hell yeah
> **BEATTIE**: In case your wife might want a custom one too, while the frame is not as nice as yours (yours is fucking sweet, I can't wait to see your reaction tomorrow honestly when you hold it) the Glock 26 does have a custom slide, RMR cutout to put a red dot or holo sight if you want, and I put fiber optic sights on it for now.
> I also have an extra magazine (that Glock 19 magazine I accidentally got) that will fit it as an addition.
> UC1: Damn buddy sounds good to me
> **BEATTIE**: Alright, not to make it sound like a staggering difference either but because I have maybe enough material to print a human fingernail if that and the fact the top half of the Glock 26 costs more than yours collectively I really would need $550 for it.

18

UC1: No worries buddy

**BEATTIE**: And, because I have a conscious, if you did buy it as well I would be printing a free replacement frame for it because when I say it isn't as nice as yours I mean it. I ran out of filament twice while printing it, and I also had some under extrusion do to the filament running out making it look slightly limp near the barrel end of the frame. (That won't have any impact on function because it is ahead of the front rails but it just looks a little like a soft penis)

UC1: So what I was thinking was buying the white one as is and just flippin it. Does it fire as is?

**BEATTIE**: It will. The defects on the frame are strictly cosmetic

**BEATTIE**: I can take a better photo when I get back upstairs to show you exactly what it is.

UC1: Yeah I can still flip that for a decent profit on my end. As long as it shoots I'm cool with it.

\***BEATTIE** sent a photograph to UC1\*

UC1: Yeah buddy I ain't worried about that.

**BEATTIE**: Cool then guess I'm not either.

**BEATTIE**: This is a really nice slide and the trigger assembly has an aftermarket trigger bar too, so I find it pretty ironic that this frame gave me so many issue and was literally the last of my material (emoji)

\***BEATTIE** sent a photograph to UC1\*

UC1: Damn you ain't joking that damn this is nice

**BEATTIE**: Right. I've been wanting to get myself a nice Glock 26 build because those are my personal favorite Glocks but needing the Cash, or frame mishaps like this keep stopping me (emoji)

**BEATTIE**: One other thing I wanted to touch base with you about by the way, I explained a little bit about the FGC-9 builds before right? The pistol caliber rifles that are designed to be able to be made at home easily?

This thing



UC1: Yeah we talked about that

**BEATTIE**: Well there has been a wicked bullpup version in development since 2021 and it was jut released 5 days ago, and they wnet big time on this release. Uses a unique gear system as the firing mechanism so you don't even have to order a hammer or spring online (since the atf tracks even little shit like that)

**BEATTIE**: The documentation that came with it has full sections on how to fully obfuscate not only your hobby and the means of supplying parts for the hobby but also online behavior. They even wrote a paper titled "The New Second Amendment" basically pointing out the obvious about the inevitable complete control from our government or the governments downfall for trying, etc…

**BEATTIE**: Anyway I'm done rambling about my hopes and dreams of a civil war in my lifetime, I plan on putting one together or a few. It's cool as shit looking, would you have an interest?

**BEATTIE**: Being bullpup, slapping a 10" barrel makes it super illegal but perfect for close quarters combat, urban warfare, etc

UC1: Hell yeah what would be the price?

**BEATTIE**: If I make it fully from scratch, by rifling my own barrels and fabricating the bolt/firing pin, probably around $350 - $400 and that's taking into account the fact that lower and upper receivers take almost 3 days to print each, and the design will use a little over two rolls of material.

**BEATTIE**: If I get pre-fab metal parts and save myself the headache, $450. Same price I roughly advertise the FGC-9 for

**BEATTIE**: These at home carbine designs are a bit cheaper than Glock builds to be honest.

**BEATTIE**: It just takes a lot more time and thought is all.

*__BEATTIE__ sent a video to UC1*

**BEATTIE**: This is how the fire control group works. It's almost alien compared to how AR builds fire.

UC1: Yes it is. Oh hell yeah that thing is bad ass

**BEATTIE**: Yeah, I have been wanting to build a <u>P90 (3DP90</u> to be technically correct) because I have always found  the FN P90 to be one of the greatest engineering designs ever, but I think my I might be open to having a new favorite.

**BEATTIE**: The immense amount of movement behind the reason it is even existing is a big thing too. The whole, we should not have a government who acts like a piss babysitter and trying to ground us all the time, "Free Men Don't Ask" type of shit really gets me going.

**BEATTIE**: I probably whimper "The British are Coming" while I sleep I swear (emoji)

**BEATTIE**: Anyway, I am done rambling now.

**BEATTIE**: Is $550 for that other Glock cool though? I will still print another frame for it if you end up wanting to keep it or if I can't sell due to being ugly if necessary

UC1: Yeah buddy that's fine.

34.     On or about August 26, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about August 26, 2024):

UC1: Hey buddy can you send me your address again?

**BEATTIE**: You about to head this way right now?

**BEATTIE**: <u>300 East Hopocan Ave Barberton Ohio</u>

21

35.     On or about August 26, 2024, UC1 met with **BEATTIE** at his home located at 300 East Hopocan Avenue, Barberton, Ohio 44203.

36.     UC1 pulled into the driveway of 300 East Hopocan Ave. UC1 attempted to call **BEATTIE** but UC1 observed **BEATTIE** exit the side door of the residence. UC1 met with **BEATTIE** in the doorway of the residence. **BEATTIE** walked into the residence and UC1 followed **BEATTIE**.



37.     UC1 walked into the living room and met **BEATTIE**'s mother (Anita **BEATTIE**) who was sitting in a chair. **BEATTIE** eventually retrieved a box from the couch and handed it to UC1. **BEATTIE** stated that he was excited to see UC1's reaction upon seeing the black PMF, the firearm previously ordered by UC1  on August 8, 2024, that he (**BEATTIE**), had made.

22

38. Upon Opening the box, UC1 observed a black PMF handgun, and a white PMF handgun, three magazines (one for the black PMF and two for the white PMF), and a "Riptide Rails" sticker. UC1 retrieved the black PMF from the box and stated how nice the firearm was. Both **BEATTIE** and his mother (Anita **BEATTIE**) joined in with UC1's admiration of the black PMF.

39. Upon inspection of both PMF's, UC1 provide **BEATTIE** with $550.00 in funds in exchange for the white PMF.

40. UC1 asked **BEATTIE** about the FGC-9 that he had shown to UC1 during a text message conversation as well as the first meet on August 8, 2024. **BEATTIE** asked if UC1 wanted one now and UC1 stated he did. **BEATTIE** informed UC1 that it usually takes about a week and a half to complete the FGC-9. **BEATTIE**'s mother stated that they could possibly place an order on Friday for the parts and filament. BEATIE informed UC1 that he had a friend by the name of "Rob" who was going to come over and "Rob" might order him (**BEATTIE**)filament for the 3-D printer.

41. **BEATTIE** escorted UC1 out of the residence. Once outside of the residence, UC1 asked **BEATTIE** again when he could have the FGC-9 completed. **BEATTIE** informed UC1 that he could possibly order the parts for the FGC-9 on Friday. **BEATTIE** stated that the FGC-9 could be completed in three weeks. **BEATTIE** asked UC1 if they wanted the stock on the FGC-9 and UC1 stated that they wanted the FGC-9 that **BEATTIE** had sent in a text message on August 25, 2024.



42.	UC1 asked **BEATTIE** if they gave **BEATTIE** the money when could UC1 get the FGC-9. **BEATTIE** stated that the FGC-9 could be completed in a week and half. UC1 asked **BEATTIE** how much it would cost to put a firearm suppressor on the FGC-9, something that **BEATTIE** made reference to during the August 8, 2024 meet. **BEATTIE** stated that he was advertising suppressors for about $50.00 each.

43.	**BEATTIE** stated that the FGC-9 could not be made into a fully automatic firearm so the firearm would probably just need an all-filament suppressor. **BEATTIE** further described a suppressor that contained lock washers on the inside. **BEATTIE** stated that he would make one for the FGC-9 since UC1 was the only consistent customer that he, **BEATTIE**, had at that time.

44.	On or about August 26, 2024, UC1 and **BEATTIE** exchanged the following text messages after they had previously met (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about August 26, 2024):

24

**BEATTIE**: Hey just to double check, any preference on color for filament? Since the FGC-9 is a handful of different parts and requires two rolls of material you can two tone it if you want. Honestly, I might get an extra roll or two of some different colors just for diversity anyway so you can four tone it if you wanted.

**BEATTIE**: Also, there are a handful of different styles floating around the internet for the stocks, the barrel shroud, different trigger grips and if you want there is m-lok on the barrel shrouds so you can get pretty much any type of angled for grip or hand stop or stub brace for your other hand too

**BEATTIE**: I could screenshot a handful of different options, unless you want to try finding some yourself and shooting them to me. Or If you just trust my sense of style I can just wing it and put something solid together

UC1: Hey buddy is there anyway to get the same FGC-9 from the photo. The black and white one?

**BEATTIE**: I am pretty sure I can get the exact same files for it. Only different might be the grip. I love the skeleton hex design but that is one tricky print. I ended up spending a couple hours (granted I was pretty twacked) actually grinding out the hollow parts and removing supports.

**BEATTIE**: But the grips take maybe four or five hours to print so I'll save that for the end anywhere. I am about to order the parts here in a short while after I digest. Decided to take mom out to lunch and I can't move that well right now (emoji's)

**BEATTIE**: Oh, did you want the short 4.5" threaded barrel just like mine? Another option is a 16" threaded or unthreaded.

**BEATTIE**: Really the only difference is legal aspects with the varying length, but If you ask me the 16 inch one looks dorky

UC1: The same barrel you had on there

**BEATTIE**: I'll keep you updated on the process, and I am going to start putting a shopping list together for the bullpup version that just came out as well.

**BEATTIE**: I'm gonna build that one on my own dollar first since it is something I haven't done yet and I don't want to have any potential setbacks or unknown issues while somebody else is waiting for it you know?

UC1: Absolutely buddy I get it. I'm pretty excited about that bull pup too lol

**BEATTIE**: I probably will want to keep it, but you would be more than welcome to check it out and if the build goes as easy as the FCG builds do I will have you one being built next if I don't decide to sell the first one too you

**BEATTIE**: Honestly I was just checking out some used printers on marketplace, same exact kind as mine and I might pick one up that way I can literally cut build times in half.

**BEATTIE**: Doesn't make a difference for handguns but for the FGC that's almost two weeks cut back into a single week, which is how long shipping takes anyway

**BEATTIE**: Parts and the red dot sight are ordered.

**BEATTIE**: I gotta stay on momma dukes about material because her Amazon account gets the next day shipping and shit but I will have that ordered by tonight

***BEATTIE** sent a video to UC1*

**BEATTIE**: Just finished doing some maintenance and building a new bed mesh level so that when this material gets here tomorrow I can start printing parts for the FGC-9 with no issues

45.     On or about August 27, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about August 27, 2024):

**BEATTIE**: Just started the lower receive about half an hour ago. It's the rist piece of the puzzle and has 32 hours left just for that.



UC1: Hell yeah buddy

**BEATTIE**: All the parts, barrel, bolt, firing pin have shipped out too so those might beat the print by a long time and make it this week.

UC1: Damn that's quick

**BEATTIE**: Yeah this company that I got the parts from is who I have ordered the 4-5 different hi-point C9 build from and they ship in about five days flat every time, parts are always solid even if used (yours won't be, these are fresh fabricated) and they put a single sour warhead candy in every pacakage.

46.     On or about August 31, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about August 31, 2024):

> **BEATTIE**: The fun parts should be dropped off on my porch here in a couple hours and I will give the fabricated bolt and firing pin a quality check and if that goes well then things are actually ahead of schedule.
>
> **BEATTIE**: I thinkg the assembly and function testing should be done by Wednesday hopefully, and by the weekend live fire testing and a full disassembly to make sure all the internals are free of any and all types of issues.

47.     On or about September 5, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about September 5, 2024):

> **BEATTIE**: Hey sorry for the late night / early morning message, just wanted to let you know that assembly and function tests are done and done. I have not fired it yet, and I can't seem to print a skeleton AR hand grip without my supports turning into rock hard spaghetti now. But, aside from that this is good to go for you whenever you would like.

27



**BEATTIE**: The safe shooting area I had set up for myself fell through, luckily early on as opposed to potentially falling through while I was there with firearms so it's back to firing in the basement unfortunately.

**BEATTIE**: Right on just let me know. Did you get a chance to play with that 19x yet by the way?

UC1: Oh yeah. That thing is bad ass buddy. You the damn man

**BEATTIE**: Yeah I impressed myself with that one, I've never had a firearm that comforted me when using it (emoji)

**BEATTIE**: So it turns out that printer maintenance unfortunately is gonna be a printer repair. And instead of paying $65-$70 for what I already had I'm gonna go ahead and pay $100 for one of the last upgrades I planned for this printer.

**BEATTIE**: I'm sorry but the other project is going to have to be put off just slightly.

**BEATTIE**: I do have a friend, who has a cousin with a brand new (top notch $2,500 price tagged) printer and I might be able to convice them it is something other than what it is. They are super straight and narrow and wouldn't even fathom the idea of printing anything like this stuff

28

48.	On or about September 7, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about September 7, 2024):

> **BEATTIE**: If this one holds up, I will make one that is slightly larger in diameter as well as holds more of the baffles enabling more diffusion of gas which in turn grants more suppression, etc etc

49.	On or about September 16, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about September 16, 2024):

> **BEATTIE**: Hope you managed to come out on top against what had you set back last week. I almost got myself hemmed up last night and it reminded me that I had meant to tell you if I ever vanish for an unwanted vacation short or long and we were in the middle of something ourselves, you're more than welcome to just swing by anytime and momma dukes will either hand over what's finished or make it right if things didn't get that far in the process.
>
> **BEATTIE**: Also, whenever you are able to swing by for this I don't have a complimentary bag/case for it sadly, I don't care if my neighbors see it (they probably already have handfuls of times) but just letting you know
>
> UC1: Shit buddy everything ok?
>
> **BEATTIE**: Oh yeah I'm fine, just usually prefer to avoid those guys with badges who are power hungry b

50.	On or about September 19, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about September 19, 2024):

> **BEATTIE**: Hey before you start heading this way hit me up. Depending on how you feel about the slightly bad news I have you might want to wait another day, maybe two.
>
> **BEATTIE**: Well I put the baffles in the other toy you wanted backwards as hell. Last night was the first time I went to test everything out, FGC was fine for 3

29

rounds. Then I put on the other part, blew the front inch, maybe in and a half of that off and sent it flying.

**BEATTIE**: So, I need to print another housing for the extra toy, and that print time says 1 day and 7 hours.

**BEATTIE**: If you want to come and grab the FGC today that's fine, but the other part won't be done (again) until at least tomorrow.

51.     On or about September 27, 2024, UC1 and **BEATTIE** exchanged the following text messages (This is not the whole conversation that took place between UC1 and **BEATTIE** on or about September 27, 2024):

**BEATTIE**: Hey you wouldn't happen to have some 9mm and want to shoot this at a good friend of mines outside of town would you?

**BEATTIE**: It does work and I have fired it, I did not get to put any rounds through the extra part yet but I don't doubt it's fine.

**BEATTIE**: Hey, for what it's worth I know that you said you don't use any of the electronic payment methods like cash app or anything, but if you know anyone who does or of you feel like making a burner one registered to Mickey Mouse or Donald Duck and it would make it slight bit more of a convenience in either saving you, gas mileage or being able to make more incremental payments as possible.

52.     On or about September 27th, 2024, UC1 met with **BEATTIE** at his home located at 300 East Hopocan Avenue, Barberton, Ohio 44203 to retrieve the PMF and suspected suppressor that UC1 had ordered on August 26, 2024.

53.     UC1 pulled into the driveway of 300 East Hopocan Ave and was met by **BEATTIE**. **BEATTIE** handed UC1 a black and white cylinder object that was broken in half, UC1 identified the object as a suspected suppressor. **BEATTIE** informed UC1 that this item was one of the "failure" ones. UC1 then followed **BEATTIE** into 300 East Hopocan Ave., Barberton, OH.



54.      Once inside of the residence, **BEATTIE** retrieved a white 3-D printed knife from the kitchen and handed it to UC1. UC1 then followed **BEATTIE** into the living room of the residence where the PMF and suspected suppressor were sitting on the couch.

55.      **BEATTIE** then retrieved the PMF from the couch. While holding the PMF, **BEATTIE** informed UC1 that he had "shot the shit out of it." **BEATTIE** stated that he and his friend "Joe" had fired more than 50 rounds of ammunition through the firearm. **BEATTIE** handed the PMF and a 33-round magazine to UC1. **BEATTIE** also handed UC1 a box that came with the red dot sight that was affixed to the PMF. **BEATTIE** then handed UC1 the suspected suppressor for the PMF.

 

56.     **BEATTIE** eventually escorted UC1 out of the residence, and UC1 placed the PMF, the suspected suppressor, and the knife in the trunk of the UC1's vehicle.

## CRIMINAL HISTORY

57.     On or about July 21, 2011, BEATTIE was convicted of Burglary, a felony of the 2nd degree and Theft, a felony of the 5th degree in the Wayne County, Ohio, Court of Common Pleas case 11-CR-0134. On or about November 4, 2014, BEATTIE was convicted of Domestic Violence, a misdemeanor in the 1st degree in the Massillon Municipal Court, Ohio case 2014CRB02461. On or about July 12, 2018, BEATTIE was convicted of Domestic Violence, a misdemeanor in the 4th degree in the Wayne County, Ohio, Court of Common Pleas case 2018-CRB-000488. On or about July 25, 2018, BEATTIE was convicted of Domestic Violence, a felony in the 4th degree in the Wayne County, Ohio, Court of Common Pleas case 2018 CRC-I 00054. Based on these convictions, BEATTIE is prohibited by federal law from possession of firearms and ammunition.

## CONCLUSION

58.     Based upon the above listed facts and circumstances, I assert there is probable cause that:

A.  On or about August 2024, and September 2024, Alexander BEATTIE engaged in the business of dealing firearms without a license, in violation of Title 18 U.S.C. Section 922(a)(1)(A).

32

B.  On or about September 2024, Alexander BEATTIE manufactured a firearm in

violation of Title 26 U.S.C. Section 5861(f).


Respectfully submitted,


_____
Hans Wiedenhofer
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives


Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3) this 8th day of November 2024.

_____
THE HONORABLE AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE